638

461 A.2d 887

Commonwealth v. Waters a/k/a Pork, Appellant.

Submitted March 10, 1983. James Lee Goldsmith, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Order affirmed.

461 A.2d 887

Commonwealth, Appellant v. White.

Argued February 22, 1982. Robert Lee Steinberg, Assistant District Attorney, for Commonwealth, appellant; Aaron Morton Matte, Assistant Public Defender, submitted a brief on behalf of appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.